IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **WENDAL MILLS, #11082752,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. **3:12-CV-1215-L-BK** |
| § | |
| **JOHN DOE,** *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER

Plaintiff Wendall Mills ("Mills"), who is a detainee at the Dallas County Jail, brought this action on April 19, 2012, under 42 U.S.C. § 1983 against unnamed John Doe defendants and the Dallas Police Department. The case was referred to Magistrate Judge Renee Harris Tolliver, who entered the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on May 3, 2012, recommending that the case be dismissed with prejudice as frivolous pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b). The magistrate further recommended that the court bar Mills from filing future non-habeas, *in forma pauperis* actions without leave of court. The magistrate judge's recommendation that Mills be barred from filing future actions is based on this court's July 29, 2011 order, warning him that sanctions may be imposed if he continues to file frivolous actions like the present one without court approval. See *Mills v. U.S. Government*, No. 3:11-CV-1428-L, 2011 WL 3347906, at *1 (N.D. Tex. July 29, 2011). Mills did not file any objections to the Report.

Having reviewed the pleadings, file, and record in this case, and the findings and conclusions of the magistrate judge, the court determines that the findings and conclusions of the magistrate

Order – Page 1

judge are correct, and **accepts** them as those of the court. Accordingly, the court **dismisses** this action **with prejudice**. The court admonishes Mills that he is **barred** from filing additional actions *in forma pauperis,* without prior court approval, and he **will be sanctioned** the next time he files another action *in forma pauperis* and without prior court approval.

  **It is so ordered** this 23rd day of May, 2012.

                 Sam A. Lindsay
                 United States District Judge